IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GINA MARIE LAUSIN, by and through her mother, Sharon Lausin, *et al.*, | ) ) ) | Case Number: 1:09 CV 512 |
| Plaintiffs, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| NATHAN BISHKO, *et al.*, | ) ) | JUDGMENT |
| Defendants. | ) ) ) ) | |

Pursuant to a Memorandum Opinion of this Court, the Motion of Defendants Nathan

Bishko, Terry Wallace, Walter Calinger and Richmond Heights Board of Education for

Summary Judgment (ECF #39) and the Motion of Defendants Michael Gerl, Denise DeBiase and

the City of Richmond Heights for Summary Judgment (ECF #41) are GRANTED.  This action is

TERMINATED.

IT IS SO ORDERED.

   *Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED:  July 15, 2010